# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN McLEAN,<br><br>    Petitioner<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 2:20-mc-00323-DMG (GJSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 23, 2021

                                                          DOLLY M. GEE
                                                          UNITED STATES DISTRICT JUDGE